## In the ESTATE OF Neva C. MURPHY, Deceased.

**Ona F. LYNCH, Claimant–Appellant,**

v.

**Beryl D. MURPHY, et al., Opponents–Respondents.**

**No. WD 43014.**

Missouri Court of Appeals, Western District.

Dec. 18, 1990.

Patrick E. Richardson, Green City, for claimant-appellant.

Gordon E. Cox, Chillicothe, for opponents-respondents.

Before GAITAN, P.J., and TURNAGE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appellant made a claim in the amount of $200,000 against the estate of Neva C. Murphy for provision of personal care and services. The trial court awarded appellant $54,000. Appellant appeals, claiming that the judgment is against the weight of the evidence, and the trial court erroneously stated and applied the law.

The judgment is affirmed. Rule 84.16(b).